IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| NYDIA ESTADES NEGRONI | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No. 98-1645(SEC) |
| | * | |
| THE ASSOCIATES CORP. OF NORTH | * | |
| AMERICA, et al. | * | |
| Defendants | * | |
| ************************************ | | |

**AMENDED CASE MANAGEMENT ORDER**

Upon motion by the defendants, the Court hereby **AMENDS** its Case Management Order (**Docket # 27**) as follows:

| DEADLINE | MILESTONE |
|---|---|
| Friday, March 3, 2000 | Joint Case Management Memorandum due Completed consent form due (for cases to be tried by a Magistrate Judge) |
| Friday, March 3, 2000 | Conclusion of pleadings stage |
| To be set by the Court | Case Management and Settlement Conference |
| Friday, April 14, 2000 | Conclusion of discovery |
| Friday, May 12, 2000 | Motions for Summary Judgment |
| Friday, June 16, 2000 | Pretrial Order |
| Anytime after Friday, June 16, 2000 | Pretrial Conference |
| Anytime after the Settlement and Pretrial Conference[1] | Trial |

**SO ORDERED.**
In San Juan, Puerto Rico, this ___ day of February, 2000.

SALVADOR E. CASELLAS
United States District Judge

---

[1] The case will be placed on the Court's trial-ready calendar, as explained in the Case Management Order.