# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI
   Plaintiff
         v.                  Civil No. 98-1645(SEC)
THE ASSOCIATES CORP. OF NORTH
AMERICA, et al.
   Defendants



## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 31** Defendants' "Motion Objecting Deadline" | Moot, as per Docket # 33. |
| **Docket # 34** Plaintiff's "Informative Motion and Motion Requesting Order" | Moot, as per defendants' informative motion of April 14, 2000. |
| **Docket # 35** Defendants' "Opposition to Plaintiff's 'Informative Motion and Motion Requesting Order'" | Moot, as per disposition of Docket # 34, above. |



Civil No. 98-1645(SEC) 2

| MOTION | RULING |
|---|---|
| **Docket # 36**<br>Defendants' "Request for Extension of Discovery Cut-Off Date and Deadline for Filing Motions for Summary Judgment" | **Granted in part and denied in part.** The discovery deadline was reset (**Docket # 33**), upon defendants' request (**Docket # 31**), for April 14, 2000. Defendants did not object to this new deadline. Defendants grounds for its present request for an extension of time are: (1) that co-defendant Associates Financial Services of Puerto Rico, Inc. (AFS) served a first set of interrogatories, etc. upon plaintiff on April 7, 2000, and (2) that plaintiff has not answered another set of interrogatories, etc. dated February 16, 2000.<br><br>With regard to the first ground, there is no excuse for co-defendant AFS' delay in serving its first set of interrogatories, etc. With regard to the second ground, plaintiff sent defendants her answer on April 14, 2000. Moreover, defendants have not demonstrated that a 2-month extension of the discovery deadline is warranted.<br><br>Accordingly, defendants' request that discovery be extended until June 14, 2000, is **denied**. However, defendants's motion for an extension of time to move for summary judgment is **granted**, though only **until Friday, May 19, 2000**. |

DATE: April 24, 2000

SALVADOR E. CASELLAS
United States District Judge