IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NYDIA ESTADES NEGRONI | * |
| Plaintiff | * Civil No. 98-1645(SEC) |
| v. | * |
| THE ASSOCIATES CORP OF NORTH AMERICA, et al. | * |
| Defendant | * |

**ORDER**

After considering the reasons now advanced by defendants in support of their request for an extension of the discovery deadline, the Court hereby **GRANTS** their "Urgent Motion for Reconsideration of the April 26, 2000 Order Denying Motion for Extension of Time . . . ." **(Docket # 39)**. The discovery deadline is thus reset for **Friday, June 30, 2000**. Motions for summary judgment must be filed no later than **Friday, July 14, 2000**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 16TH day of May, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)