IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NYDIA ESTADES NEGRONI | |
| Plaintiff | Civil No. 98-1645(SEC) |
| v. | |
| THE ASSOCIATES CORP. OF NORTH AMERICA, et al. | |
| Defendants | |

# ORDER

Pursuant to P.R. Loc. R. 302.7, this case is hereby transferred to the docket of the Honorable Jay García Gregory, subject to his approval.

**SO ORDERED.**

In San Juan, Puerto Rico, this 8TH day of August, 2000.

SALVADOR E. CASELLAS
United States District Judge