UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

    Plaintiff(s)

    v.                                        CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/15/00<br>**Title:** Motion Requesting Extension of Time to Produce Certified Translations, etc.<br>**Docket:** #51<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **GRANTED.** The plaintiff shall have until October 5, 2000 to comply with the strictures of Local Rule 108.1 |
| **Date Filed:** 07/14/00<br>**Title:** Motion Requesting Extension of Time to File Opposition to Motion for Summary Judgment<br>**Docket:** 47<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **MOOT.** |
| **Date Filed:** 07/14/00<br>**Title:** Motion for Temporary Waiver of Local Rule 108.1<br>**Docket:** #46<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | **GRANTED.** The defendants shall have until September 5, 2000 to comply with the strictures of Local Rule 108.1 |

Date: 08/24/00

JAY A. GARCIA-GREGORY
U.S. District Judge

