UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

    Plaintiff(s)

    v.                                    CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 08/24/00<br>**Title:** Motion for Leave to File Reply to Opposition to Motion for Summary Judgment<br>**Docket:** 52<br>[ ] Plffs  [x] Defts  [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/01/00<br>**Title:** Motion to Extend Time<br>**Docket:** 43<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. The Court will first address the defendants' motion for summary judgment. If necessary, the Court will establish new deadlines for pre-trial orders and the like. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/30/00<br>**Title:** Motion Concerning Status of Discovery<br>**Docket:** 44<br>[ ] Plffs  [x] Defts  [ ] Other | MOOT. Should there be any discovery outstanding, however, the Court will entertain any motions from either side for a brief extension of time to finalize all pending discovery matters. |

Date: 09/08/00

JAY A. GARCIA-GREGORY
U.S. District Judge

