## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

    **Plaintiff(s)**

        **v.**                                    **CIVIL NUMBER:** 98-1645 (JAG)

THE ASSOCIATES CORP. OF
NORTH AMERICA, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/25/00 <br> **Title:** Motion Requesting Extension of Time to File Reply to Plaintiff's Opposition to Motion for Summary Judgment <br> **Docket:** 56 <br> [ ] Plffs  [x] Defts  [ ] Other | **GRANTED.** Reply should be filed by October 4, 2000. |

**Date:** 09/29/00

        **JAY A. GARCIA-GREGORY**
        **U.S. District Judge**