UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

Plaintiff(s)

v.                              CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP. OF NORTH
AMERICA, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/04/00<br>**Title:** Motion for Temporary Waiver of Local Rule 108.1<br>**Docket(s):** 61<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: October 17, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge