UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP. OF
NORTH AMERICA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/03/00<br>**Title:** Motion in Compliance with Order<br>**Dockets:** 59<br>[x] Plffs    [ ] Defts    [ ] Other | **GRANTED.** |

Date: October 16, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge