# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.                              CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP. OF NORTH
AMERICA, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/29/00<br>**Title:** Informative Motion and Request for Extension of Time to File Additional Exhibits<br>**Docket(s):** 57<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

Date: October 24, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge