UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



NYDIA ESTADES NEGRONI

Plaintiff(s)

v.                                    CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP. OF NORTH
AMERICA, ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/19/00<br>**Title:** Motion for Leave to File Sur-Reply to Opposition to Motion for Summary Judgment<br>**Docket(s):** 64<br>[x] **Plff(s)**   [ ] Dft(s)   [ ] Other | GRANTED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/30/00<br>**Title:** Motion Enclosing Certified Translations Pursuant to Rule 108.1<br>**Docket(s):** 66<br>[ ] Plff(s)   [X] **Dft(s)**   [ ] Other | NOTED. |

Date:  November 2, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge