UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 11/21/00<br>**Title:** Informative Motion and Request for Extension of Time<br>**Docket:** 68<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other** | **GRANTED.** The Court orders defendants to produce the transcripts of all depositions taken by them on September 18 and 19, 2000 to plaintiff's attorney by December 15, 2000. The Court grants plaintiff five (5) days after receipt of said transcripts to file a sur-reply if plaintiff decides to do so. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

