## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

    **Plaintiff(s)**

       **v.**                                    **CIVIL NUMBER:** 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

    **Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/21/00<br>**Title:** Informative Motion<br>**Docket:** 72<br>[x] **Plffs**    [ ] **Defts**    [ ] **Other** | **GRANTED.** Settlement conference is scheduled for Friday, February 16, 2001 at 4:00 p.m. |

**Date:** January 16, 2001

                JAY A. GARCIA-GREGORY
                U.S. District Judge