UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 12/12/00<br>Title: Informative Motion<br>Docket: 70<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | NOTED. |

Date: January 16, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

75