UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.                                            CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/25/01<br>Title: Motion Requesting Extension of Time to File Information Requested in Questionnaire<br>**Docket:** 76<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | In view of the Settlement Conference to be held on February 16, 2001, wherein counsel for the parties have been verbally directed to inform the court on the status of the case, this motion is **moot**. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/01/01<br>Title: Motion in Response to Informative Motion Filed by Plaintiffs<br>**Docket:** 77<br>[ ] **Plffs**   [x] **Defts**   [ ] **Other** | NOTED. |

Date: February 15, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge