# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

BEFORE HONORABLE JAY A. GARCIA-GREGORY

DATE:  Wedenesday April 4, 2001

CASE NO: 98-1645

LAW CLERK: LUIS PEREZ

---

NYDIA ESTADES-NEGRONI
v.

THE ASSOCIATES CORP OF NORTH AMERICA

**Attorneys for Plaintiffs:**
Alfredo Fernández-Martínez

**Attorneys for Defendants:**
Heidi Rodríguez Benítez

---

Minutes

Settlement Conference was not held. Settlement conference re-schedule for Thursday April 18, 2001 at 4:30P.M.  Parties should come prepare to discussed settlement.  Principals are to be available. Parties are to be notified.


Law Clerk


