UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**:                                   DATE: APRIL 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              CASE NO. 98-1645 (JAG)

================================================================

| NYDIA ESTADES NEGRON | Attorneys: ALFREDO FERNANDEZ |
|---|---|
| VS | |
| THE ASSOCIATES CORP OF NORTH AMERICA | HEIDI RODRIGUEZ BENITEZ JORGE PEIRATS |

Case called for settlement conference. Parties inform that they have talked settlement. Plaintiff submitted a settlement demand which was answered by defendants and rejected by the plaintiffs. A second offer was made by defendants which was also rejected by plaintiffs.

The Court met separately with the parties in an attempt to see if a settlement could be reached but it was to no avail.

Court refers the motion for summary judgment to Magistrate Arenas for Report and Recommendation.

Another settlement conference will be set after the Magistrate issues his Report and Recommendation.

Parties to be notified.

                                                    _____
                                                    Lily Alicea-Courtroom Deputy

