IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI,

Plaintiff

v.                                                                                          CIVIL 98-1645 (JAG)

THE ASSOCIATES CORP. OF NORTH
AMERICA, et al.,

Defendants

## ORDER

| MOTION/DATE FILED | DKT. NO. | RULING |
|---|---|---|
| Motion in Compliance With Order, 10-03-00. | 59 | Granted. |

In San Juan, Puerto Rico, this 24th day of April, 2001.

JUSTO ARENAS
United States Magistrate Judge