# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH AMERICA; ASSOCIATES FINANCIAL SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/25/01<br>**Title:** Motion for Leave to Withdraw as Legal Representative<br>**Docket:** 87<br>[ ] **Plffs**  [x] **Defts**  [ ] **Other** | **GRANTED.** |

Date: July 12, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


