UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.   CIVIL NO.   98- 1645 (JAG)

THE ASSOCIATES CORP OF NORTH AMERICA; ASSOCIATES FINANCIAL SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/01/02<br>**Title:** Informative Motion<br>**Docket:** 90<br>[x] **Plffs**   [ ] **Defts**   [ ] **Other** | **NOTED.** This is not an informative motion inasmuch as it requests the Court to reject the Magistrate-Judge's Report and Recommendation on the basis of the information and the exhibit attached.<br><br>Defendants shall reply to this motion on or before February 22, 2002. No further filings will be admitted pending the Court's decision whether to adopt or reject the Report and Recommendation. |

**Date:** February 11, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge


