UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

**Plaintiff(s)**

v.                            CIVIL NO.   98-1645 (JAG)

THE ASSOCIATES CORP OF NORTH
AMERICA; ASSOCIATES FINANCIAL
SERVICES, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/02/02<br>**Title:** Request for Extension to Oppose Plaintiff's "Motion Submitting Newly Acquired Evidence, etc."<br>**Docket:** 94<br><br>[ ] Plffs   [X] Defts   [ ] Other | **GRANTED.** |

Date: May 13, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

