IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NYDIA ESTADES NEGRONI

    Plaintiff

    v.

THE ASSOCIATES CORP OF NORTH AMERICA; ASSOCIATES FINANCIAL SERVICES, et al.

    Defendants

CIVIL NO. 98-1645 (JAG)



## JUDGMENT

Pursuant to the Opinion and Order entered today, the Court enters judgment dismissing all federal claims against defendants with prejudice. The supplemental state claims are dismissed without prejudice pursuant to 28 U.S.C. §1367(c)(3), inasmuch as no federal claims to ground jurisdiction remain in this case.
IT IS SO ORDERED.

In San Juan, Puerto Rico, this 28th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge