# United States Court of Appeals
## For the First Circuit

No. 02-1852

NYDIA ESTADES-NEGRONI,

Plaintiff, Appellant,

v.

THE ASSOCIATES CORPORATION OF NORTH AMERICA,
ASSOCIATES FINANCIAL SERVICES,
ASSOCIATES FIRST CAPITAL CORPORATION,
ASSOCIATES CORPORATION OF PUERTO RICO, INC.,

Defendants, Appellees.

---

### JUDGMENT

Entered: October 1, 2003

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of the defendants is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 2/18/2004

By The Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Mr. Fernandez-Martinez and Ms. Rodriguez-Benitez.]

Stamp: 98-01645 Honorable Jay A. Garcia-Gregory

Stamp: RECEIVED & FILED 04 APR -1 PM 5:49 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN PR

NOTE: Record requested on 2/23/04. Record retained by CCA (refer to order of 3/25/04). Do not remove appeal flag.